**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHRISTOPHER ARRINGTON** **PLAINTIFF**

**v.** **No. 4:25-cv-409-DPM**

**BRIANNA ELIZABETH GRANGER**
**and MARK A. WALKER** **DEFENDANTS**

**ORDER**

Hartness's motion to withdraw, *Doc. 17*, is noted. The Court needs more information about the lawyer-client relationship before it can decide whether withdrawal is justified. Addendum due by 20 August 2026. ARKANSAS MODEL RULES OF PROF'L CONDUCT 1.16; Restatement (Third) of Law Governing Lawyers § 32 (Am. L. Inst. Oct. 2024 update). Counsel may file his addendum under seal if it contains privileged information.

So Ordered.

D.P. Marshall Jr.
United States District Judge

7 August 2026