IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER ARRINGTON PLAINTIFF

v. No. 4:25-cv-409-DPM

BRIANNA ELIZABETH GRANGER
and MARK A. WALKER DEFENDANTS

# ORDER

The Court appreciates counsel's sealed addendum, *Doc. 19*. Hartness's motion to withdraw, *Doc. 17*, is granted for good cause with a caveat. Matthew Hartness is relieved as counsel for Arrington, but Hartness must provide Arrington's phone number and email address to the Clerk of Court, chambers, and defense counsel. Arrington will proceed *pro se* unless new counsel enters an appearance.

The Court cautions Arrington: He must participate in the discovery process. If he does not, he risks sanctions—including dismissal of his case for failure to prosecute. Local Rule 5.5 (c)(2). Status report (joint or separate) on the state of discovery due by 1 October 2026.

The Court directs the Clerk to send Arrington a copy of this Order by regular mail and by registered mail, return receipt required. The Court also directs the Clerk to update the docket to note Arrington's

*pro se* status and add his address at 53 Wingate Drive, Little Rock, AR 72205.

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 September 2026