**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHRISTOPHER ARRINGTON** **PLAINTIFF**

**v.** **No. 4:25-cv-409-DPM**

**BRIANNA ELIZABETH GRANGER**
**and MARK A. WALKER** **DEFENDANTS**

# ORDER

The joint motion, *Doc. 22,* is granted. Arrington's supplement, *Doc. 23*, is noted. The joint status report, *Doc. 25*, is appreciated. The Court adopts the parties' proposed expert disclosure deadlines.

So Ordered.

D.P. Marshall Jr.
United States District Judge

19 November 2026